[Nos. 10386–9–II; 10212–9–II.  Division Two.  August 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN PHILLIP NOHEART, *Appellant.*

*In the Matter of the Personal Restraint of* FRANKLIN PHILLIP NOHEART, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–01118–1, Donald H. Thompson, J.,

entered September 22, 1986, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.